IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GARY COPELAND, and JEANETTE P. )
WATERS, )
 )
    Plaintiffs, )
 )
v. ) CASE NO. CV418-287
 )
SPANISH MOSS POOL I, LLC, )
 )
    Defendant. )
 )

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 7.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs and attorneys' fees. As a result, Defendant's Motion to Dismiss (Doc. 6) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 10th day of January 2019.

                WILLIAM T. MOORE, JR.
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF GEORGIA